# CITY OF PHILADELPHIA
**Earnings and Deductions**

PPS TRAINING ACADEMY
PRISONS TRAINING ACADEMY

285093
FRASIER

(F2)

FRASIER, GENA
7621 RUGBY ST.
PHILADELPHIA US 19150

PAY PERIOD ENDING    04-07-2019
DATE PAYABLE        04-12-2019

| EARNINGS | HOURS | AMOUNT | TAXES | CURRENT | YTD |
|---|---|---|---|---|---|
| OVERTIME 1_5 | 9 | 307.67 | FEDERAL TAX | 163.60 | 163.60 |
| LONGEVITY PAY | 0 | 43.57 | SOCIAL SECURITY | 120.09 | 120.09 |
| LEGAL AID | 0 | 12.00 | MEDICARE TAX | 28.09 | 28.09 |
| ASSUME TIME | 72 | 1,630.62 | CITY TAX | 77.38 | 77.38 |
|  |  |  | STATE TAX | 59.46 | 59.46 |
|  |  |  | PAUC TAX | 1.16 | 1.16 |

|  |  |  |  |
|---|---|---|---|
|  |  | YTD GROSS PAY | 1,993.86 |
| TOTAL GROSS EARNINGS |  1,993.86 | YTD W-2 GROSS | 1,733.20 |

| DEDUCTIONS | AMOUNT | PENSION |  |
|---|---|---|---|
|  |  | PENSION PLAN |  |
| CITY WITHHELD | 77.38 | YTD NON TAXED PENSION | Plan Y10 |
| CORR OFF FOUND | 2.31 | YTD TAXED PENSION |  |
| DEF COMP FLAT | 150.00 | LTD NON TAXED PENSION |  |
| DEFERRED COMP LOAN | 61.41 | LTD TAXED PENSION |  |
| FIT WITHHELD | 163.60 |  |  |
| MEDICAL | 56.95 |  |  |
| MEDICARE EE WITHHELD | 28.09 |  |  |
| PEBS DISAB INS | 38.97 |  |  |
| PLAN Y10 | 53.71 |  |  |
| SIT WITHHELD | 59.46 |  |  |
| SS EE WITHHELD | 120.09 |  |  |
| SUI WITHHELD | 1.16 |  |  |

|  |  |  |  |
|---|---|---|---|
|  |  | VACATION : | 28.0 |
|  |  | SICK : | 12.5 |
|  |  | REGULAR COMP: | 0.0 |
|  |  | HOLIDAY COMP: | 0.0 |
|  |  | SPECIAL COMP: | 0.0 |
| NET PAY | 1,168.73 | ANNUAL LEAVE: | 0.0 |

STATEMENT OF EARNINGS AND DEDUCTIONS

DJRDP3 (03/2019)

---

# CITY OF PHILADELPHIA

*Deposit on account for:*

## DIRECT DEPOSIT
## NON-NEGOTIABLE

| EMPLOYEE NUMBER | DATE PAYABLE |  |  |
|---|---|---|---|
|  | MO | DAY | YEAR |
| 285093 | 04 | 12 | 2019 |

| DEPOSIT AMOUNT |
|---|
| 1,168.73 |

FRASIER, GENA
7621 RUGBY ST.
PHILADELPHIA US 19150

# NON-NEGOTIABLE

**CITY OF PHILADELPHIA**
Earnings and Deductions

23-CF-09-C2          285093                              FRASIER

GENA FRASIER
7621 RUGBY ST.
PHILADELPHIA PA 19150

PAY PERIOD ENDING                03-24-2019
DATE PAYABLE                     03-29-2019

| Description | Amount |
|---|---|
| REGULAR GROSS | 1,852.50 |
| MISCELLANEOUS ADJUSTMENT | 0.00 |
| PREMIUM PAY / OT | 88.35 |
| POLICE STRESS | 0.00 |
| TOTAL GROSS EARNINGS | 1,940.85 |
| FEDERAL TAX | 157.40 |
| F.I.C.A. | 116.80 |
| MEDICARE TAX | 27.32 |
| CITY WAGE TAX | 75.32 |
| STATE TAX | 59.58 |
| UNEMPLOYMENT COMPENSATION TAX | 1.16 |
| CURRENT NON-TAXED PENSION CONTRI. | 52.60 |
| DEFERRED COMPENSATION | 150.00 |
| MEDICAL DEDUCTION | 56.95 |
| PUBLIC EMPLOYEES BENEFIT SERVICES | 38.97 |
| CORRECTIONAL OFFICERS DEDUCTION | 2.31 |
| DEFER. COMP. LOAN REPAYMENT DEDUCT. | 61.41 |

| YTD | Amount |
|---|---|
| YTD GROSS PAY | 17,571.00 |
| YTD W-2 GROSS | 15,682.18 |
| YTD FEDERAL TAX | 1,899.29 |
| YTD F.I.C.A. | 1,066.92 |
| YTD MEDICARE TAX | 249.52 |
| YTD CITY TAX | 683.31 |
| YTD STATE TAX | 540.54 |
| YTD UNEMPLOYMENT COMPENSATION TAX | 10.56 |
| PENSION PLAN | PLAN 10 |
| YTD NON TAXED PENSION | 476.17 |
| YTD TAXED PENSION | 0.00 |
| LTD NON TAXED PENSION | 7,238.21 |
| LTD TAXED PENSION | 0.00 |

REGULAR EARNINGS DETAIL
EARNINGS TYPE            TIME
 RATE 1 PAY - 010/00     (DAYS/16THS)    1,852.50

REGULAR EARNINGS TOTAL                    1,852.50
EXCEPTION EARNINGS TYPE  TIME
 R1-F 1 2ND SHIFT 061.50 (HOURS)             18.45
 R2-TIME & 1/2    000/04 (DAYS/16THS)        69.90

EXCEPTION EARNINGS TOTAL                     88.35

| | |
|---|---|
| SPECIAL COMP: | 0 |
| VACATION: | 3  8/16 |
| SICK: | 1  9/16 |
| REGULAR COMP: | 0 |
| HOLIDAY COMP: | 0 |
| NET PAY    1,141.03 | ANNUAL LEAVE: 0 |

STATEMENT OF EARNINGS AND DEDUCTIONS

DIRDP2 (03/2012)

---

**CITY OF PHILADELPHIA**

*Deposit on account for:*

**DIRECT DEPOSIT
NON-NEGOTIABLE**

GENA FRASIER
7621 RUGBY ST.
PHILADELPHIA PA 19150

| EMPLOYEE NUMBER | DATE PAYABLE | | |
|---|---|---|---|
| | MO | DAY | YEAR |
| 285093 | 03 | 29 | 2019 |

| DEPOSIT AMOUNT |
|---|
| ***1,141.03 |

# NON-NEGOTIABLE

**CITY OF PHILADELPHIA**
Earnings and Deductions

23-CF-09-C2        285093                                FRASIER

GENA FRASIER
7621 RUGBY ST.
PHILADELPHIA PA 19150

| | | PAY PERIOD ENDING | 03-10-2019 |
| | | DATE PAYABLE | 03-15-2019 |

| Description | Amount | Description | Amount |
|---|---:|---|---:|
| REGULAR GROSS | 1,667.25 | | |
| MISCELLANEOUS ADJUSTMENT MINUS | 81.55 | YTD GROSS PAY | 15,630.15 |
| PREMIUM PAY / OT | 81.00 | YTD W-2 GROSS | 14,000.88 |
| POLICE STRESS | 0.00 | YTD FEDERAL TAX | 1,741.89 |
| TOTAL GROSS EARNINGS | 1,666.70 | YTD F.I.C.A. | 950.12 |
| | | YTD MEDICARE TAX | 222.20 |
| FEDERAL TAX | 126.83 | YTD CITY TAX | 607.99 |
| F.I.C.A. | 100.55 | YTD STATE TAX | 480.96 |
| MEDICARE TAX | 23.52 | YTD UNEMPLOYMENT COMPENSATION TAX | 9.40 |
| CITY WAGE TAX | 65.15 | | |
| STATE TAX | 51.54 | PENSION PLAN | PLAN 10 |
| UNEMPLOYMENT COMPENSATION TAX | 1.01 | YTD NON TAXED PENSION | 423.57 |
| | | YTD TAXED PENSION | 0.00 |
| CURRENT NON-TAXED PENSION CONTRI. | 45.17 | LTD NON TAXED PENSION | 7,185.61 |
| DEFERRED COMPENSATION | 150.00 | LTD TAXED PENSION | 0.00 |
| MEDICAL DEDUCTION | 56.95 | | |
| PUBLIC EMPLOYEES BENEFIT SERVICES | 38.97 | | |
| CORRECTIONAL OFFICERS DEDUCTION | 2.31 | | |
| DEFER. COMP. LOAN REPAYMENT DEDUCT. | 61.41 | | |

REGULAR EARNINGS DETAIL
EARNINGS TYPE        TIME
  RATE 1 PAY - 009/00      (DAYS/16THS)      1,667.25

REGULAR EARNINGS TOTAL                       1,667.25
EXCEPTION EARNINGS TYPE   TIME
  R2-TIME & 1/2     000/04 (DAYS/16THS)         69.90
  R1-F 1 2ND SHIFT 037.00 (HOURS)               11.10

EXCEPTION EARNINGS TOTAL                        81.00

| | |
|---|---:|
| SPECIAL COMP: | 0 |
| VACATION : | 2 11/16 |
| SICK : | 5/16 |
| REGULAR COMP: | 0 |
| HOLIDAY COMP: | 0 |
| ANNUAL LEAVE: | 0 |

NET PAY                943.29

STATEMENT OF EARNINGS AND DEDUCTIONS

DIRDP2 (03/2012)

---

**CITY OF PHILADELPHIA**

| EMPLOYEE NUMBER | DATE PAYABLE | | |
|---|---|---|---|
| | MO | DAY | YEAR |
| 285093 | 03 | 15 | 2019 |

*Deposit on account for:*

**DIRECT DEPOSIT
NON-NEGOTIABLE**

| DEPOSIT AMOUNT |
|---|
| *****943.29 |

GENA FRASIER
7621 RUGBY ST.
PHILADELPHIA PA 19150

# NON-NEGOTIABLE

**CITY OF PHILADELPHIA**
Earnings and Deductions

23-CF-09-C2        285093                                    FRASIER

GENA FRASIER
7621 RUGBY ST.
PHILADELPHIA PA 19150

PAY PERIOD ENDING                02-24-2019
DATE PAYABLE                     03-01-2019

| | |
|---|---|
| REGULAR GROSS | 1,852.50 |
| MISCELLANEOUS ADJUSTMENT | 0.00 |
| PREMIUM PAY / OT | 932.81 |
| POLICE STRESS | 0.00 |
| TOTAL GROSS EARNINGS | 2,785.31 |

| | |
|---|---|
| YTD GROSS PAY | 13,963.45 |
| YTD W-2 GROSS | 12,574.30 |
| YTD FEDERAL TAX | 1,615.06 |
| YTD F.I.C.A. | 849.57 |
| YTD MEDICARE TAX | 198.68 |
| YTD CITY TAX | 542.84 |
| YTD STATE TAX | 429.42 |
| YTD UNEMPLOYMENT COMPENSATION TAX | 8.39 |

| | |
|---|---|
| FEDERAL TAX | 323.72 |
| F.I.C.A. | 169.16 |
| MEDICARE TAX | 39.56 |
| CITY WAGE TAX | 108.10 |
| STATE TAX | 85.51 |
| UNEMPLOYMENT COMPENSATION TAX | 1.67 |
| CURRENT NON-TAXED PENSION CONTRI. | 75.48 |
| DEFERRED COMPENSATION | 150.00 |
| MEDICAL DEDUCTION | 56.95 |
| PUBLIC EMPLOYEES BENEFIT SERVICES | 38.97 |
| CORRECTIONAL OFFICERS DEDUCTION | 2.31 |
| DEFER. COMP. LOAN REPAYMENT DEDUCT. | 48.36 |

| | |
|---|---|
| PENSION PLAN | PLAN 10 |
| YTD NON TAXED PENSION | 378.40 |
| YTD TAXED PENSION | 0.00 |
| LTD NON TAXED PENSION | 7,140.44 |
| LTD TAXED PENSION | 0.00 |

REGULAR EARNINGS DETAIL
EARNINGS TYPE       TIME
  RATE 1 PAY - 010/00    (DAYS/16THS)    1,852.50

REGULAR EARNINGS TOTAL                   1,852.50
EXCEPTION EARNINGS TYPE   TIME
  R1-F 1 2ND SHIFT 080.50 (HOURS)           24.15
  R2-TIME & 1/2    002/04 (DAYS/16THS)     629.07
  R2-G 1 HOLIDAY   001/00 (DAYS/16THS)     279.59

EXCEPTION EARNINGS TOTAL                  932.81

| | |
|---|---|
| SPECIAL COMP: | 0 |
| VACATION : | 2 11/16 |
| SICK : | 2 9/16 |
| REGULAR COMP: | 0 |
| HOLIDAY COMP: | 0 |
| ANNUAL LEAVE: | 0 |

NET PAY                          1,685.52

STATEMENT OF EARNINGS AND DEDUCTIONS

DIRDP2 (03/2012)

---

**CITY OF PHILADELPHIA**

*Deposit on account for:*

**DIRECT DEPOSIT**
**NON-NEGOTIABLE**

GENA FRASIER
7621 RUGBY ST.
PHILADELPHIA PA 19150

| EMPLOYEE NUMBER | DATE PAYABLE | | |
|---|---|---|---|
| | MO | DAY | YEAR |
| 285093 | 03 | 01 | 2019 |

| DEPOSIT AMOUNT |
|---|
| ***1,685.52 |

# NON-NEGOTIABLE

| CITY OF PHILADELPHIA<br>Earnings and Deductions | 23-CF-09-C2 | 285093 | FRASIER |
|---|---|---|---|

GENA FRASIER
7621 RUGBY ST.
PHILADELPHIA PA 19150

PAY PERIOD ENDING         02-10-2019
DATE PAYABLE              02-15-2019

| | |
|---|---:|
| REGULAR GROSS | 1,817.77 |
| MISCELLANEOUS ADJUSTMENT | 0.00 |
| PREMIUM PAY / OT | 104.17 |
| POLICE STRESS | 0.00 |
| TOTAL GROSS EARNINGS | 1,921.94 |

| | |
|---|---:|
| YTD GROSS PAY | 11,178.14 |
| YTD W-2 GROSS | 10,071.42 |
| YTD FEDERAL TAX | 1,291.34 |
| YTD F.I.C.A. | 680.41 |

| | |
|---|---:|
| FEDERAL TAX | 156.63 |
| F.I.C.A. | 116.37 |
| MEDICARE TAX | 27.22 |
| CITY WAGE TAX | 75.05 |
| STATE TAX | 59.37 |
| UNEMPLOYMENT COMPENSATION TAX | 1.16 |

| | |
|---|---:|
| YTD MEDICARE TAX | 159.12 |
| YTD CITY TAX | 434.74 |
| YTD STATE TAX | 343.91 |
| YTD UNEMPLOYMENT COMPENSATION TAX | 6.72 |

| | |
|---|---:|
| CURRENT NON-TAXED PENSION CONTRI. | 52.08 |
| DEFERRED COMPENSATION | 150.00 |
| MEDICAL DEDUCTION | 56.95 |
| PUBLIC EMPLOYEES BENEFIT SERVICES | 38.97 |
| CORRECTIONAL OFFICERS DEDUCTION | 2.31 |
| DEFER. COMP. LOAN REPAYMENT DEDUCT. | 48.36 |

| | |
|---|---:|
| PENSION PLAN | PLAN 10 |
| YTD NON TAXED PENSION | 302.92 |
| YTD TAXED PENSION | 0.00 |
| LTD NON TAXED PENSION | 7,064.96 |
| LTD TAXED PENSION | 0.00 |

REGULAR EARNINGS DETAIL

| EARNINGS TYPE | TIME | |
|---|---|---:|
| RATE 1 PAY - 009/13 | (DAYS/16THS) | 1,817.77 |
| REGULAR EARNINGS TOTAL | | 1,817.77 |
| EXCEPTION EARNINGS TYPE | TIME | |
| R1-F 1 2ND SHIFT 055.00 | (HOURS) | 16.50 |
| R2-TIME & 1/2    000/05 | (DAYS/16THS) | 87.37 |
| R1-H 1 3RD SHIFT 000.75 | (HOURS) | 0.30 |
| EXCEPTION EARNINGS TOTAL | | 104.17 |

| | |
|---|---:|
| SPECIAL COMP: | 0 |
| VACATION : | 2 13/16 |
| SICK : | 1 5/16 |
| REGULAR COMP: | 0 |
| HOLIDAY COMP: | 0 |
| ANNUAL LEAVE: | 0 |

NET PAY         1,137.47

STATEMENT OF EARNINGS AND DEDUCTIONS

DIRDP2 (03/2012)

---

# CITY OF PHILADELPHIA

*Deposit on account for:*

GENA FRASIER
7621 RUGBY ST.
PHILADELPHIA PA 19150

**DIRECT DEPOSIT
NON-NEGOTIABLE**

| EMPLOYEE NUMBER | DATE PAYABLE | | |
|---|---|---|---|
| | MO | DAY | YEAR |
| 285093 | 02 | 15 | 2019 |

| DEPOSIT AMOUNT |
|---|
| ***1,137.47 |

# NON-NEGOTIABLE

**CITY OF PHILADELPHIA**
Earnings and Deductions

23-CF-09-C2     285093                                    FRASIER

GENA FRASIER
7621 RUGBY ST.
PHILADELPHIA PA 19150

| | | | |
|---|---|---|---|
| | | PAY PERIOD ENDING | 01-27-2019 |
| | | DATE PAYABLE | 02-01-2019 |
| REGULAR GROSS | 2,014.59 | | |
| MISCELLANEOUS ADJUSTMENT | 0.00 | | |
| PREMIUM PAY / OT | 374.24 | YTD GROSS PAY | 9,256.20 |
| POLICE STRESS | 0.00 | YTD W-2 GROSS | 8,396.51 |
| TOTAL GROSS EARNINGS | 2,388.83 | YTD FEDERAL TAX | 1,134.71 |
| | | YTD F.I.C.A. | 564.04 |
| FEDERAL TAX | 238.86 | YTD MEDICARE TAX | 131.90 |
| F.I.C.A. | 144.58 | YTD CITY TAX | 359.69 |
| MEDICARE TAX | 33.81 | YTD STATE TAX | 284.54 |
| CITY WAGE TAX | 92.71 | YTD UNEMPLOYMENT COMPENSATION TAX | 5.56 |
| STATE TAX | 73.34 | | |
| UNEMPLOYMENT COMPENSATION TAX | 1.43 | PENSION PLAN | PLAN 10 |
| | | YTD NON TAXED PENSION | 250.84 |
| CURRENT NON-TAXED PENSION CONTRI. | 64.74 | YTD TAXED PENSION | 0.00 |
| DEFERRED COMPENSATION | 150.00 | LTD NON TAXED PENSION | 7,012.88 |
| MEDICAL DEDUCTION | 56.95 | LTD TAXED PENSION | 0.00 |
| PUBLIC EMPLOYEES BENEFIT SERVICES | 38.97 | | |
| CORRECTIONAL OFFICERS DEDUCTION | 2.31 | REGULAR EARNINGS DETAIL | |
| DEFER. COMP. LOAN REPAYMENT DEDUCT. | 48.36 | EARNINGS TYPE     TIME | |
| | | RATE 1 PAY - 010/14     (DAYS/16THS) | 2,014.59 |
| | | | |
| | | REGULAR EARNINGS TOTAL | 2,014.59 |
| | | EXCEPTION EARNINGS TYPE   TIME | |
| | | R1-F 1 2ND SHIFT 068.50 (HOURS) | 20.55 |
| | | R2-TIME & 1/2    001/04 (DAYS/16THS) | 349.49 |
| | | R1-H 1 3RD SHIFT 010.50 (HOURS) | 4.20 |
| | | | |
| | | EXCEPTION EARNINGS TOTAL | 374.24 |
| | | | |
| | | SPECIAL COMP: | 0 |
| | | VACATION   : | 3 13/16 |
| | | SICK       : | 2 6/16 |
| | | REGULAR COMP: | 0 |
| | | HOLIDAY COMP: | 0 |
| NET PAY | 1,442.77 | ANNUAL LEAVE: | 0 |

STATEMENT OF EARNINGS AND DEDUCTIONS

DIRDP2 (03/2012)

---

**CITY OF PHILADELPHIA**

*Deposit on account for:*

**DIRECT DEPOSIT
NON-NEGOTIABLE**

| EMPLOYEE NUMBER | DATE PAYABLE | | |
|---|---|---|---|
| | MO | DAY | YEAR |
| 285093 | 02 | 01 | 2019 |

| DEPOSIT AMOUNT |
|---|
| ***1,442.77 |

GENA FRASIER
7621 RUGBY ST.
PHILADELPHIA PA 19150

# NON-NEGOTIABLE

**CITY OF PHILADELPHIA**
Earnings and Deductions

23-CF-09-C2    285093    FRASIER

```
GENA FRASIER
7621 RUGBY ST.                                          PAY PERIOD ENDING              12-30-2018
PHILADELPHIA PA 19150                                   DATE PAYABLE                   01-04-2019

 REGULAR GROSS                       2,408.25
 MISCELLANEOUS ADJUSTMENT                0.00
 PREMIUM PAY / OT                    1,030.86           YTD GROSS PAY                   3,439.11
 POLICE STRESS                           0.00           YTD W-2 GROSS                   3,138.96
TOTAL GROSS EARNINGS                 3,439.11           YTD FEDERAL TAX                   463.66
                                                        YTD F.I.C.A.                      209.69
FEDERAL TAX                            463.66           YTD MEDICARE TAX                   49.04
F.I.C.A.                               209.69           YTD CITY TAX                      133.47
MEDICARE TAX                            49.04           YTD STATE TAX                     105.58
CITY WAGE TAX                          133.47           YTD UNEMPLOYMENT COMPENSATION TAX   2.06
STATE TAX                              105.58
UNEMPLOYMENT COMPENSATION TAX            2.06           PENSION PLAN                     PLAN 10
                                                        YTD NON TAXED PENSION              93.20
CURRENT NON-TAXED PENSION CONTRI.       93.20           YTD TAXED PENSION                   0.00
DEFERRED COMPENSATION                  150.00           LTD NON TAXED PENSION           6,855.24
MEDICAL DEDUCTION                       56.95           LTD TAXED PENSION                   0.00
PUBLIC EMPLOYEES BENEFIT SERVICES       38.97
CORRECTIONAL OFFICERS DEDUCTION          2.31           REGULAR EARNINGS DETAIL
DEFER. COMP. LOAN REPAYMENT DEDUCT.     48.36           EARNINGS TYPE            TIME
                                                          RATE 1 PAY - 013/00    (DAYS/16THS)  2,408.25

                                                        REGULAR EARNINGS TOTAL                 2,408.25
                                                        EXCEPTION EARNINGS TYPE   TIME
                                                          R1-F 1 2ND SHIFT 078.00 (HOURS)         23.40
                                                          R2-TIME & 1/2     001/04 (DAYS/16THS)  349.49
                                                          R1-H 1 3RD SHIFT 014.00 (HOURS)          5.60
                                                          R2-G 1 HOLIDAY    001/00 (DAYS/16THS)  279.59
                                                          R2-DOUBLE TIME    001/00 (DAYS/16THS)  372.78

                                                        EXCEPTION EARNINGS TOTAL               1,030.86


                                                        SPECIAL COMP:                    0
                                                        VACATION    :                    4
                                                        SICK        :                    2  2/16
                                                        REGULAR COMP:                    0
                                                        HOLIDAY COMP:                    0
NET PAY                              2,085.82           ANNUAL LEAVE:                    0

STATEMENT OF EARNINGS AND DEDUCTIONS
```

DIRDP2 (03/2012)

---

**CITY OF PHILADELPHIA**

*Deposit on account for:*

DIRECT DEPOSIT
NON-NEGOTIABLE

| EMPLOYEE NUMBER | DATE PAYABLE |||
|---|---|---|---|
| | MO | DAY | YEAR |
| 285093 | 01 | 04 | 2019 |

| DEPOSIT AMOUNT |
|---|
| ***2,085.82 |

GENA FRASIER
7621 RUGBY ST.
PHILADELPHIA PA 19150

# NON-NEGOTIABLE

**CITY OF PHILADELPHIA**
Earnings and Deductions

23-CF-09-C2           285093                           FRASIER

GENA FRASIER                                          PAY PERIOD ENDING          12-02-2018
7621 RUGBY ST.                                        DATE PAYABLE               12-07-2018
PHILADELPHIA PA 19150

| | |
|---|---|
| REGULAR GROSS | 1,389.38 |
| MISCELLANEOUS ADJUSTMENT | 0.00 |
| PREMIUM PAY / OT | 3.90 |
| POLICE STRESS | 0.00 |
| TOTAL GROSS EARNINGS | 1,393.28 |
| | |
| FEDERAL TAX | 0.00 |
| F.I.C.A. | 81.30 |
| MEDICARE TAX | 19.01 |
| CITY WAGE TAX | 0.15 |
| STATE TAX | 0.12 |
| UNEMPLOYMENT COMPENSATION TAX | 0.00 |
| | |
| CURRENT NON-TAXED PENSION CONTRI. | 50.31 |
| DEFERRED COMPENSATION | 150.00 |
| MEDICAL DEDUCTION | 81.95 |
| UNION DUES | 0.00 |
| PUBLIC EMPLOYEES BENEFIT SERVICES | 38.97 |
| CORRECTIONAL OFFICERS DEDUCTION | 2.31 |
| DEFER. COMP. LOAN REPAYMENT DEDUCT. | 48.36 |

| | |
|---|---|
| YTD GROSS PAY | 57,708.56 |
| YTD W-2 GROSS | 49,242.26 |
| YTD FEDERAL TAX | 5,404.76 |
| YTD F.I.C.A. | 3,459.09 |
| YTD MEDICARE TAX | 808.99 |
| YTD CITY TAX | 2,193.84 |
| YTD STATE TAX | 1,733.06 |
| YTD UNEMPLOYMENT COMPENSATION TAX | 33.86 |
| | |
| PENSION PLAN | PLAN 10 |
| YTD NON TAXED PENSION | 1,688.53 |
| YTD TAXED PENSION | 0.00 |
| LTD NON TAXED PENSION | 6,719.76 |
| LTD TAXED PENSION | 0.00 |

REGULAR EARNINGS DETAIL

| EARNINGS TYPE | TIME | |
|---|---|---|
| RATE 1 PAY - 000/00 | (DAYS/16THS) | 0.00 |

| REGULAR EARNINGS TOTAL | | 0.00 |
|---|---|---|
| EXCEPTION EARNINGS TYPE | TIME | |
| R1-IOD 75%    010/00 | (DAYS/16THS) | 1,389.38 |
| R1-F 1 2ND SHIFT 013.00 | (HOURS) | 3.90 |

EXCEPTION EARNINGS TOTAL                 1,393.28

| | |
|---|---|
| SPECIAL COMP: | 0 |
| VACATION : | 3  3/16 |
| SICK : | 1 14/16 |
| REGULAR COMP: | 0 |
| HOLIDAY COMP: | 0 |
| ANNUAL LEAVE: | 2 |

NET PAY                920.80

STATEMENT OF EARNINGS AND DEDUCTIONS

*Ms. Meloy*
*7884*
*12/21/18*
*9 40 A.M.*

**CITY OF PHILADELPHIA**

| EMPLOYEE NUMBER | DATE PAYABLE | | |
|---|---|---|---|
| | MO | DAY | YEAR |
| 285093 | 12 | 07 | 2018 |

*Deposit on account for:*

**DIRECT DEPOSIT**
**NON-NEGOTIABLE**

| DEPOSIT AMOUNT |
|---|
| *****920.80 |

GENA FRASIER
7621 RUGBY ST.
PHILADELPHIA PA 19150

# NON-NEGOTIABLE

**CITY OF PHILADELPHIA**
Earnings and Deductions

23-CF-09-C2         285093                                    FRASIER

```
GENA FRASIER
7621 RUGBY ST.                           PAY PERIOD ENDING            11-18-2018
PHILADELPHIA PA 19150                    DATE PAYABLE                 11-21-2018

 REGULAR GROSS                1,852.50
 MISCELLANEOUS ADJUSTMENT         0.00
 PREMIUM PAY / OT             1,192.60   YTD GROSS PAY               56,315.28
 POLICE STRESS                    0.00   YTD W-2 GROSS               49,242.26
TOTAL GROSS EARNINGS          3,045.10   YTD FEDERAL TAX              5,404.76
                                         YTD F.I.C.A.                 3,377.79
FEDERAL TAX                     380.79   YTD MEDICARE TAX               789.98
F.I.C.A.                        184.46   YTD CITY TAX                 2,193.69
MEDICARE TAX                     43.14   YTD STATE TAX                1,732.94
CITY WAGE TAX                   118.64   YTD UNEMPLOYMENT COMPENSATION TAX  33.86
STATE TAX                        93.85
UNEMPLOYMENT COMPENSATION TAX     1.83   PENSION PLAN                  PLAN 10
                                         YTD NON TAXED PENSION        1,638.22
CURRENT NON-TAXED PENSION CONTRI.  82.52 YTD TAXED PENSION                0.00
DEFERRED COMPENSATION           150.00   LTD NON TAXED PENSION        6,669.45
MEDICAL DEDUCTION                81.95   LTD TAXED PENSION                0.00
UNION DUES                        0.00
PUBLIC EMPLOYEES BENEFIT SERVICES 38.97  REGULAR EARNINGS DETAIL
CORRECTIONAL OFFICERS DEDUCTION   2.31   EARNINGS TYPE          TIME
DEFER. COMP. LOAN REPAYMENT DEDUCT. 48.36  RATE 1 PAY - 010/00   (DAYS/16THS)    1,852.50

                                         REGULAR EARNINGS TOTAL          1,852.50
                                         EXCEPTION EARNINGS TYPE    TIME
                                          R1-F 1 2ND SHIFT  059.50 (HOURS)     17.85
                                          R2-               000/14 (DAYS/16THS)  163.09
                                          R2-TIME & 1/2     001/04 (DAYS/16THS)  349.49
                                          R1-H 1 3RD SHIFT  024.50 (HOURS)       9.80
                                          R2-G 1 HOLIDAY    001/00 (DAYS/16THS)  279.59
                                          R2-DOUBLE TIME    001/00 (DAYS/16THS)  372.78
                                         EXCEPTION EARNINGS TOTAL        1,192.60


                                         SPECIAL COMP:                    0
                                         VACATION    :                    3  3/16
                                         SICK        :                    2  2/16
                                         REGULAR COMP:                    0
                                         HOLIDAY COMP:                    0
NET PAY                       1,818.28   ANNUAL LEAVE:                    1

STATEMENT OF EARNINGS AND DEDUCTIONS
```

*Ms. Robinson ---- 8492*

---

**CITY OF PHILADELPHIA**

*Deposit on account for:*

**DIRECT DEPOSIT**
**NON-NEGOTIABLE**

| EMPLOYEE NUMBER | DATE PAYABLE | | |
|---|---|---|---|
| | MO | DAY | YEAR |
| 285093 | 11 | 21 | 2018 |

| DEPOSIT AMOUNT |
|---|
| ***1,818.28 |

GENA FRASIER
7621 RUGBY ST.
PHILADELPHIA PA 19150

**NON-NEGOTIABLE**

## CITY OF PHILADELPHIA
### Earnings and Deductions

23-CF-09-C2          285093                                    FRASIER

GENA FRASIER
7621 RUGBY ST.
PHILADELPHIA PA 19150

PAY PERIOD ENDING         11-04-2018
DATE PAYABLE              11-09-2018

| Description | Amount |
|---|---|
| REGULAR GROSS | 1,852.50 |
| MISCELLANEOUS ADJUSTMENT | 0.00 |
| PREMIUM PAY / OT | 387.53 |
| POLICE STRESS | 0.00 |
| TOTAL GROSS EARNINGS | 2,240.03 |
| FEDERAL TAX | 205.83 |
| F.I.C.A. | 133.80 |
| MEDICARE TAX | 31.29 |
| CITY WAGE TAX | 86.93 |
| STATE TAX | 68.77 |
| UNEMPLOYMENT COMPENSATION TAX | 1.34 |
| CURRENT NON-TAXED PENSION CONTRI. | 60.70 |
| DEFERRED COMPENSATION | 150.00 |
| MEDICAL DEDUCTION | 81.95 |
| UNION DUES | 0.00 |
| PUBLIC EMPLOYEES BENEFIT SERVICES | 38.97 |
| CORRECTIONAL OFFICERS DEDUCTION | 2.31 |
| DEFER. COMP. LOAN REPAYMENT DEDUCT. | 48.36 |

| Description | Amount |
|---|---|
| YTD GROSS PAY | 53,270.18 |
| YTD W-2 GROSS | 46,499.63 |
| YTD FEDERAL TAX | 5,023.97 |
| YTD F.I.C.A. | 3,193.33 |
| YTD MEDICARE TAX | 746.84 |
| YTD CITY TAX | 2,075.05 |
| YTD STATE TAX | 1,639.09 |
| YTD UNEMPLOYMENT COMPENSATION TAX | 32.03 |
| PENSION PLAN | PLAN 10 |
| YTD NON TAXED PENSION | 1,555.70 |
| YTD TAXED PENSION | 0.00 |
| LTD NON TAXED PENSION | 6,586.93 |
| LTD TAXED PENSION | 0.00 |

REGULAR EARNINGS DETAIL
| EARNINGS TYPE | TIME | |
|---|---|---|
| RATE 1 PAY - 010/00 | (DAYS/16THS) | 1,852.50 |
| REGULAR EARNINGS TOTAL | | 1,852.50 |

EXCEPTION EARNINGS TYPE   TIME
| Type | Time | Amount |
|---|---|---|
| R1-F 1 2ND SHIFT 067.25 | (HOURS) | 20.17 |
| R1-H 1 3RD SHIFT 001.00 | (HOURS) | 0.40 |
| R2-TIME & 1/2     001/05 | (DAYS/16THS) | 366.96 |
| EXCEPTION EARNINGS TOTAL | | 387.53 |

| | |
|---|---|
| SPECIAL COMP: | 0 |
| VACATION : | 3  5/16 |
| SICK : | 14/16 |
| REGULAR COMP: | 0 |
| HOLIDAY COMP: | 0 |
| ANNUAL LEAVE: | 2 |

NET PAY              1,329.78

STATEMENT OF EARNINGS AND DEDUCTIONS

DJRDP2 (03/2012)

---

## CITY OF PHILADELPHIA

*Deposit on account for:*

### DIRECT DEPOSIT
### NON-NEGOTIABLE

GENA FRASIER
7621 RUGBY ST.
PHILADELPHIA PA 19150

| EMPLOYEE NUMBER | DATE PAYABLE | | |
|---|---|---|---|
| | MO | DAY | YEAR |
| 285093 | 11 | 09 | 2018 |

| DEPOSIT AMOUNT |
|---|
| ***1,329.78 |

# NON-NEGOTIABLE

**CITY OF PHILADELPHIA**
Earnings and Deductions

23-CF-09-C2          285093                                FRASIER

```
GENA FRASIER
7621 RUGBY ST.                                    PAY PERIOD ENDING        10-21-2018
PHILADELPHIA PA  19150                            DATE PAYABLE             10-26-2018

  REGULAR GROSS                  2,037.75
  MISCELLANEOUS ADJUSTMENT           0.00
  PREMIUM PAY / OT                  12.25         YTD GROSS PAY            51,030.15
  POLICE STRESS                      0.00         YTD W-2 GROSS            44,552.25
TOTAL GROSS EARNINGS              2,050.00        YTD FEDERAL TAX           4,818.14
                                                  YTD F.I.C.A.              3,059.53
FEDERAL TAX                         169.41        YTD MEDICARE TAX            715.55
F.I.C.A.                            122.76        YTD CITY TAX              1,988.12
MEDICARE TAX                         28.71        YTD STATE TAX             1,570.32
CITY WAGE TAX                        80.02        YTD UNEMPLOYMENT COMPENSATION TAX   30.69
STATE TAX                            63.30
UNEMPLOYMENT COMPENSATION TAX         1.24        PENSION PLAN              PLAN 10
                                                  YTD NON TAXED PENSION     1,495.00
CURRENT NON-TAXED PENSION CONTRI.    55.56        YTD TAXED PENSION             0.00
DEFERRED COMPENSATION               150.00        LTD NON TAXED PENSION     6,526.23
MEDICAL DEDUCTION                    81.95        LTD TAXED PENSION             0.00
UNION DUES                            0.00
PUBLIC EMPLOYEES BENEFIT SERVICES    38.97        REGULAR EARNINGS DETAIL
CORRECTIONAL OFFICERS DEDUCTION       2.31         EARNINGS TYPE       TIME
DEFER. COMP. LOAN REPAYMENT DEDUCT.  48.36         RATE 1 PAY - 011/00   (DAYS/16THS)  2,037.75

                                                  REGULAR EARNINGS TOTAL            2,037.75
                                                  EXCEPTION EARNINGS TYPE   TIME
                                                    R1-F 1 2ND SHIFT 039.50 (HOURS)     11.85
                                                    R1-H 1 3RD SHIFT 001.00 (HOURS)      0.40


                                                  EXCEPTION EARNINGS TOTAL            12.25



                                                  SPECIAL COMP:           0
                                                  VACATION   :            3   5/16
                                                  SICK       :            1  14/16
                                                  REGULAR COMP:           0
                                                  HOLIDAY COMP:           0
NET PAY                           1,207.41        ANNUAL LEAVE:           2

STATEMENT OF EARNINGS AND DEDUCTIONS
```

DIRDP2 (03/2012)

---

**CITY OF PHILADELPHIA**

*Deposit
on account for:*

**DIRECT DEPOSIT
NON-NEGOTIABLE**

| EMPLOYEE NUMBER | DATE PAYABLE |||
|---|---|---|---|
|  | MO | DAY | YEAR |
| 285093 | 10 | 26 | 2018 |

| DEPOSIT AMOUNT |
|---|
| ***1,207.41 |

GENA FRASIER
7621 RUGBY ST.
PHILADELPHIA PA  19150

# NON-NEGOTIABLE

**CITY OF PHILADELPHIA**
Earnings and Deductions

23-CF-09-C2      285093      FRASIER

GENA FRASIER
7621 RUGBY ST.
PHILADELPHIA PA 19150

PAY PERIOD ENDING    10-07-2018
DATE PAYABLE         10-12-2018

| Description | Amount |
|---|---:|
| REGULAR GROSS | 1,829.34 |
| MISCELLANEOUS ADJUSTMENT | 0.00 |
| PREMIUM PAY / OT | 86.85 |
| POLICE STRESS | 0.00 |
| **TOTAL GROSS EARNINGS** | **1,916.19** |
| FEDERAL TAX | 152.35 |
| F.I.C.A. | 113.72 |
| MEDICARE TAX | 26.60 |
| CITY WAGE TAX | 74.37 |
| STATE TAX | 58.83 |
| UNEMPLOYMENT COMPENSATION TAX | 1.15 |
| CURRENT NON-TAXED PENSION CONTRI. | 51.93 |
| DEFERRED COMPENSATION | 150.00 |
| MEDICAL DEDUCTION | 81.95 |
| UNION DUES | 0.00 |
| PUBLIC EMPLOYEES BENEFIT SERVICES | 38.97 |
| CORRECTIONAL OFFICERS DEDUCTION | 2.31 |
| DEFER. COMP. LOAN REPAYMENT DEDUCT. | 48.36 |

| Description | Amount |
|---|---:|
| YTD GROSS PAY | 48,630.15 |
| YTD W-2 GROSS | 42,427.76 |
| YTD FEDERAL TAX | 4,643.89 |
| YTD F.I.C.A. | 2,915.07 |
| YTD MEDICARE TAX | 681.76 |
| YTD CITY TAX | 1,894.52 |
| YTD STATE TAX | 1,496.27 |
| YTD UNEMPLOYMENT COMPENSATION TAX | 29.24 |
| PENSION PLAN | PLAN 10 |
| YTD NON TAXED PENSION | 1,439.44 |
| YTD TAXED PENSION | 0.00 |
| LTD NON TAXED PENSION | 6,470.67 |
| LTD TAXED PENSION | 0.00 |

REGULAR EARNINGS DETAIL

| EARNINGS TYPE | TIME | Amount |
|---|---|---:|
| RATE 1 PAY - 009/14 | (DAYS/16THS) | 1,829.34 |
| **REGULAR EARNINGS TOTAL** | | **1,829.34** |

EXCEPTION EARNINGS TYPE   TIME

| Type | Time | Amount |
|---|---|---:|
| R1-F 1 2ND SHIFT | 056.50 (HOURS) | 16.95 |
| R2-TIME & 1/2 | 000/04 (DAYS/16THS) | 69.90 |
| **EXCEPTION EARNINGS TOTAL** | | **86.85** |

| | |
|---|---:|
| SPECIAL COMP: | 0 |
| VACATION : | 2  8/16 |
| SICK : | 1  5/16 |
| REGULAR COMP: | 0 |
| HOLIDAY COMP: | 0 |
| ANNUAL LEAVE: | 4 |

**NET PAY     1,115.65**

STATEMENT OF EARNINGS AND DEDUCTIONS

---

# CITY OF PHILADELPHIA

*Deposit on account for:*

**DIRECT DEPOSIT
NON-NEGOTIABLE**

| EMPLOYEE NUMBER | DATE PAYABLE |||
|---|---|---|---|
| | MO | DAY | YEAR |
| 285093 | 10 | 12 | 2018 |

| DEPOSIT AMOUNT |
|---|
| ***1,115.65 |

GENA FRASIER
7621 RUGBY ST.
PHILADELPHIA PA 19150

# NON-NEGOTIABLE