# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-12338-ELF

GENA L. FRASIER

7621 RUGBY STREET

PHILADELPHIA, PA 19150-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    GENA L. FRASIER

    7621 RUGBY STREET

    PHILADELPHIA, PA 19150-

Counsel for debtor(s), by electronic notice only.

    GEORGETTE MILLER
    335 EVESHAM AV

    LAWNSIDE, NJ 08045-

Date: 7/23/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee