**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Gena Frasier | CHAPTER 13 |
| DEBTOR(S) | BANKRUPTCY NO: 19-12338 |

**CERTIFICATION OF NO RESPONSE**

I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on <u>November 25, 2019</u>, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.


Dated:  December 13, 2019                                                                    /s/ Georgette Miller
                                                                                                                Georgette Miller
                                                                                                                Law Offices of Georgette Miller Esq., P.C
                                                                                                                335 Evesham Avenue
                                                                                                                Lawnside, NJ 08045
                                                                                                                856-323-1100
                                                                                                                Bar I.D. 86358
                                                                                                                Attorney for Debtor(s)

{00362877;v1}