Certificate Number: 15317-PAE-DE-036601665

Bankruptcy Case Number: 19-12338



15317-PAE-DE-036601665

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 7, 2022, at 7:13 o'clock PM PDT, Gena L Frasier completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 7, 2022                    By:    /s/Carlo Gollayan

                                       Name:  Carlo Gollayan

                                       Title: Counselor