United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-12338-elf |
| Gena L. Frasier | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 16, 2022 | Form ID: 138OBJ | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gena L. Frasier, 7621 Rugby Street, Philadelphia, PA 19150-2609 |
| 14305907 | + | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14305906 | + | Police And Fire Fcu, 3333 Street Rd, Bensalem, PA 19020-2022 |
| 14308994 | + | Quicken Loans Inc., c/o Rebecca A. Solarz, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |
| 14305911 | + | Tdrcs/raymour & Flanig, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 14305914 | + | Viriva Community Cu, 157 York Rd, Warminster, PA 18974-4514 |
| 14305915 | + | Viriva Community Cu, 1423 Spruce St, Philadelphia, PA 19102-4503 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 16 2022 23:56:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 16 2022 23:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14330663 | | Email/PDF: bncnotices@becket-lee.com | Aug 17 2022 00:07:49 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14305902 | + | Email/PDF: bncnotices@becket-lee.com | Aug 17 2022 00:07:46 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14382003 | | Email/Text: megan.harper@phila.gov | Aug 16 2022 23:56:00 | Water Revenue Bureau, Pamela Elchert Thurmond, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14311071 | | Email/Text: mrdiscen@discover.com | Aug 16 2022 23:56:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14305903 | + | Email/Text: mrdiscen@discover.com | Aug 16 2022 23:56:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14327927 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 16 2022 23:56:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14305904 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 16 2022 23:56:00 | Nissan-infiniti Lt, Pob 660366, Dallas, TX 75266-0366 |
| 14318036 | | Email/PDF: cbp@onemainfinancial.com | Aug 17 2022 00:07:45 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14305905 | + | Email/PDF: cbp@onemainfinancial.com | Aug 17 2022 00:07:49 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14343914 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 17 2022 00:07:52 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14331764 | | Email/Text: bnc-quantum@quantum3group.com | Aug 16 2022 23:56:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA |

Case 19-12338-elf    Doc 49    Filed 08/18/22    Entered 08/19/22 00:30:00    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 16, 2022 | Form ID: 138OBJ | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| | | | | 98083-0788 |
| 14305908 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Aug 16 2022 23:56:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14334777 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Aug 16 2022 23:56:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14305909 | + | Email/Text: DeftBkr@santander.us | | |
| | | | Aug 16 2022 23:56:00 | Santander Bank Na, 1130 Berkshire Bv, Wyomissing, PA 19610-1242 |
| 14305910 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Aug 17 2022 00:07:49 | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14306636 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Aug 17 2022 00:07:52 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14326840 | + | Email/Text: tdebn@credbankserv.com | | |
| | | | Aug 16 2022 23:56:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14337916 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | | |
| | | | Aug 16 2022 23:56:00 | United States Department of Education, CLAIMS FILING UNIT, PO Box 8973, Madison, WI 53708-8973 |
| 14305912 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | | |
| | | | Aug 16 2022 23:56:00 | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 14305913 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | | |
| | | | Aug 16 2022 23:56:00 | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2022            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANNE M. AARONSON | on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION aaaronson@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com |
| GEORGETTE MILLER | on behalf of Debtor Gena L. Frasier Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 16, 2022 | Form ID: 138OBJ | Total Noticed: 29 |

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Gena L. Frasier
        Debtor(s)

Case No: 19−12338−elf
Chapter: 13

---

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/16/22